#10115   #128524

FORM 9 (Rev. 11/93)
FILED
2010 MAY 26 PM 12: 03
CLERK, U.S
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
Western

In the matter of:  
ZELLER, CHRISTOPHER E.  
ZELLER, ANGELIA D.  
LLC, ZELLER INVESTMENTS  
LLC, ZELLER INVESTMENTS  

Case No. 08-36413 W

Chapter 7

Judge MARY ANN WHIPPLE

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Institute for Orthopedic surgery | 2 | .62 |
| Institute for Orthopedic Surgery | 4 | 3.08 |
| Buckeye Anesthesia | 5 | .31 |
| Dayton Power & Light | 8 | 2.03 |
| | | 6.04 |